# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| THOMAS E. MITCHELL | |
| PLAINTIFF | JUDGMENT IN A CIVIL CASE |
| VS | |
| MARK LUTTRELL, et al. | CASE NO: 06-2442-V |
| DEFENDANT | |

DECISION BY COURT. This action was tried by a Jury with United States Magistrate Judge Diane K. Vescovo presiding, and the Jury has rendered a Verdict.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Jury Verdict, entered on September 10, 2008, this action is hereby dismissed with prejudice. Judgment is entered in favor of the defendants.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

September 25, 2008             Thomas M. Gould
Date                           Clerk of Court

                               s/Betty Guy
                               (By) Deputy Clerk